UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **FANNIE MAE,** | Judge |
| Plaintiff, | |
| v. | Case No.: |
| **RESERVE APARTMENTS, LTD., et al.** | |
| Defendants. | |

## AFFIDAVIT IN COMPLIANCE WITH NORTHERN DISTRICT OF OHIO ORDER

## 2006-16-6

I, _Rich Marion_, being of full age and competent in all respects, after first being duly sworn according to law, upon my personal knowledge and review of relevant business records, depose and state as follows:

1. I am currently employed as a _SVP_ with M&T Realty Capital Corporation, the authorized loan servicer for Fannie Mae, the Plaintiff in this action. I am fully authorized to make this Affidavit on M&T Realty Capital Corporation's behalf in that capacity. The facts set forth in this Affidavit are based on my personal knowledge and/or on my review of the business records of M&T Realty Capital Corporation, which are made and/or kept in the ordinary course of business of M&T Realty Capital Corporation to memorialize acts, transactions, occurrences, or events, and who have a business duty to make the memorandum or record at the time of the act, transaction, occurrence, or event, or within a reasonable time thereafter.

2. I have reviewed and am therefore familiar with the records of M&T Realty Capitation Corporation and Fannie Mae relating to the mortgage and note on the property that is

subject to this proceeding.

3. In compliance with Order 2006-16-6, I certify that Fannie Mae is the owner and holder of the Note and Mortgage by way of assignment from M&T Realty Capital Corporation. In coming to this conclusion, I reviewed the Multifamily Note, the Open-End Multifamily Mortgage, the Multifamily Loan and Security Agreement (Non-Recourse), the Assignment of Collateral Agreements and other Loan Documents, the Assignment of Leases and Rents, and the Assignment of Open-End Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, true and accurate copies of which are attached to Fannie Mae's Complaint as Exhibits B, Exhibit C, Exhibit D, Exhibit E and Exhibit F.

4. In compliance with this Court's Order 2006-16-6, I certify that the delinquent mortgage principal exceeds $75,000.00 exclusive of interest, costs, and attorney's fees. Fannie Mae is due and owing $73,873,511.10 in unpaid principal. In coming to this conclusion, I reviewed the attached payment history.

5. I have personal knowledge of and am competent to testify to all of the foregoing.

Name: Rich Marion
Title: SVP

State of [State Name]

[County/Parish] of [County/Parish Name]

On this 1st day of July 2025 [Year], before me personally came Rich Marion [Fill-in Name], known to me to be the individual described herein, and who executed the foregoing Affidavit [Fill-in type of document].

NOTARY PUBLIC

*Delores R. McLaurin*
SIGNATURE

DELORES RENEE MCLAURIN
Notary Public - State of Maryland
Baltimore County
My Commission Expires Oct 4, 2026

Name: [Fill-in] Delores Renee McLaurin
{Seal}
My Commission Expires: [Fill-in date]
10-4-2026

Notary/Bar No.: [Fill-in]

| Date | | | Amount | Interest | Principal | RET | INS | RR | VAR MISC (Forbearance) | Unapplied | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2020 Bal | | | | | 84,658,126.46 | 1,083,167.44 | 50,226.73 | 16,285.01 | - | - | |
| 1/7/2020 | payment | 1/1/2020 | 628,622.63 | 277,020.20 | (158,337.73) | 176,997.70 | | 16,267.00 | | | |
| 1/9/2020 | disb | | | | | (1,088,388.01) | | | | | |
| 1/31/2020 | interest | | | | | 94.82 | 10.64 | 6.12 | | | |
| 2/7/2020 | payment | 2/1/2020 | 628,622.63 | 276,502.09 | (158,855.84) | 176,997.70 | | 16,267.00 | | | |
| 2/27/2020 | interest | | | | | 60.64 | 9.95 | 8.89 | | | |
| 3/9/2020 | payment | 3/1/2020 | 628,622.63 | 258,176.97 | (177,180.96) | 176,997.70 | | 16,267.00 | | | |
| 3/17/2020 | disb | | | | | | | (12,100.06) | | | |
| 3/31/2020 | interest | | | | | 100.48 | 10.64 | 11.62 | | | |
| 4/29/2020 | interest | | | | | 109.00 | 10.30 | 10.97 | | | |
| 5/5/2020 | disb | | | | | | | (34,834.00) | | | |
| 5/11/2020 | FB cashflow | | 429,619.35 | | | | | | | 429,619.35 | |
| 5/28/2020 | interest | | | | | 111.41 | 10.64 | 5.04 | | | |
| 6/5/2020 | FB cashflow | | 377,649.37 | | | | | | | 377,649.37 | |
| 6/30/2020 | interest | | | | | 107.84 | 10.30 | 3.73 | | | |
| 7/7/2020 | FB cashflow | | 424,709.46 | | | | | | | 424,709.46 | |
| 7/28/2020 | ret advance | | | | | (983,535.79) | | | | | |
| 7/31/2020 | interest | | | | | 100.67 | 10.65 | 3.85 | | | |
| 8/5/2020 | FB cashflow | | 499,324.97 | | | | | | | 499,324.97 | |
| 8/31/2020 | interest | | | | | | 10.65 | 3.85 | | | |
| 9/8/2020 | FB cashflow | | 535,449.95 | | | | | | | 535,449.95 | |
| 9/30/2020 | interest | | | | | | 10.31 | 3.73 | | | |
| 10/6/2020 | FB cashflow | | 561,062.88 | | | | | | | 561,062.88 | |
| 10/29/2020 | interest | | | | | | 10.31 | 3.73 | | | |
| 11/9/2020 | FB cashflow | | 532,791.09 | | | | | | | 532,791.09 | |
| 11/30/2020 | interest | | | | | | 10.66 | 3.86 | | | |
| 12/8/2020 | FB cashflow | | 476,747.85 | | | | | | | 476,747.85 | |
| 12/31/2020 | interest | | | | | | 10.66 | 3.86 | | | |
| 12/31/2020 | | | | | 84,163,751.93 | (457,078.40) | 50,352.44 | 18,221.20 | - | 3,837,354.92 | |
| 1/7/2021 | FB cashflow | | 607,803.69 | | | | | | | 607,803.69 | |
| 1/14/2021 | ret advance | | | | | (1,098,170.70) | | | | | |
| 1/29/2025 | interest | | | | | | 10.69 | 3.87 | | | |
| 2/9/2021 | FB cashflow | | 476,854.88 | | | | | | | 476,854.88 | |
| 2/26/2021 | interest | | | | | | 9.66 | 3.50 | | | |
| 3/8/2021 | FB cashflow | | 496,842.57 | | | | | | | 496,842.57 | |
| 3/31/2021 | interest | | | | | | 10.70 | 3.87 | | | |
| 4/7/2021 | FB cashflow | | 558,670.22 | | | | | | | 558,670.22 | |
| 4/29/2021 | interest | | | | | | 10.35 | 3.75 | | | |
| 5/7/2021 | FB cashflow | | 527,857.84 | | | | | | | 527,857.84 | |
| 5/27/2021 | interest | | | | | | 10.70 | 3.87 | | | |
| 6/10/2021 | FB cashflow | | 598,276.07 | | | | | | | 598,276.07 | |
| 6/11/2021 | ins deposit | | 15,758.01 | | | | 15,758.01 | | | | |
| 6/30/2021 | interest | | | | | | 12.41 | 3.75 | | | |
| 7/1/2021 | ret advance | | | | | (1,098,170.70) | | | | | |
| 7/9/2021 | FB cashflow | | 639,312.15 | | | | | | | 639,312.15 | |
| 7/30/2021 | interest | | | | | | 14.05 | 3.87 | | | |
| 8/9/2021 | FB cashflow | | 616,986.70 | | | | | | | 616,986.70 | |
| 8/31/2021 | interest | | | | | | 14.05 | 3.87 | | | |
| 9/9/2021 | FB cashflow | | 580,752.54 | | | | | | | 580,752.54 | |
| | | | | | 84,163,751.93 | (2,653,419.80) | 66,203.06 | 18,251.55 | | 8,940,711.58 | End of forbearance |
| 9/30/2021 | interest | | | | | | 13.60 | 3.75 | | | |
| 10/8/2021 | payment | 4/1/2020 | 661,601.74 | 275,402.50 | (159,955.43) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 10/26/2025 | ins deposit | | 16,843.69 | | | | 16,843.69 | | | | |
| 10/29/2021 | interest | | | | | | 13.50 | 3.63 | | | |
| 11/8/2021 | payment | 5/1/2020 | 661,601.74 | 266,012.02 | (169,345.91) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 11/30/2021 | interest | | | | | | 18.21 | 8.01 | | | |
| 12/6/2021 | payment | 6/1/2020 | 661,601.74 | 274,324.95 | (161,032.98) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 12/30/2021 | interest | | | | | | 17.64 | 13.57 | | | |
| 1/5/2022 | payment | 7/1/2020 | 661,601.74 | 264,965.82 | (170,392.11) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 1/11/2022 | ret advance | | | | | (1,055,214.61) | | | | | |
| 1/14/2022 | extra payment | 8/1/2020 | | 273,240.46 | (162,117.47) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |

| Date | Type | Ref Date | Amount | Balance | Change | Total | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2022 | interest | | | | | | 17.65 | 19.03 | | | |
| 2/7/2022 | payment | 9/1/2020 | 667,641.79 | 272,709.97 | (162,647.96) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 2/28/2022 | interest | | | | | | 15.94 | 21.45 | | | |
| 3/7/2022 | payment | 10/1/2020 | 667,641.79 | 263,397.82 | (171,960.11) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 3/15/2022 | disbursement | | | | | | | | (110,163.56) | | |
| 3/31/2022 | interest | | | | | | 17.65 | 15.22 | | | |
| 4/5/2022 | payment | 11/1/2020 | 667,641.79 | 271,615.06 | (163,742.87) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 4/29/2022 | interest | | | | | | 17.09 | 7.31 | | | |
| 5/5/2022 | payment | 12/1/2020 | 667,641.79 | 262,334.76 | (173,023.17) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 5/17/2022 | extra payment | 1/1/2021 | | 270,513.09 | (164,844.84) | 183,037.75 | | | 16,267.00 | (131,916.44) | (496,706.19) |
| 5/31/2022 | interest | | | | | | 17.66 | 12.59 | | | |
| 6/6/2022 | payment | 2/1/2021 | 667,641.79 | 269,973.68 | (165,384.25) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 6/13/2022 | ret advance | | | | (1,055,214.61) | | | | | | |
| 6/21/2022 | disbursement | | | | | | | | (70,259.77) | | |
| 6/30/2022 | interest | | | | | | 17.10 | 12.90 | | | |
| 7/5/2022 | payment | 3/1/2021 | 667,641.79 | 243,358.39 | (191,999.54) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 7/29/2025 | interest | | | | | | 17.67 | 6.48 | | | |
| 8/5/2022 | payment | 4/1/2021 | 667,641.79 | 268,804.24 | (166,553.69) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 8/31/2022 | | | | | | | 17.67 | 9.94 | | | |
| 9/6/2022 | payment | 5/1/2021 | 667,641.79 | 259,605.71 | (175,752.22) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 9/12/2022 | disbursement | | | | | | | | (49,433.10) | | |
| 9/15/2022 | extra payment | 6/1/2021 | | 267,684.14 | (167,673.79) | 183,037.75 | | | 16,267.00 | (131,916.44) | (496,706.19) |
| 9/30/2022 | interest | | | | | | 17.11 | 8.41 | | | |
| 10/5/2022 | payment | 7/1/2021 | 667,641.79 | 258,518.20 | (176,839.73) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 10/31/2022 | interest | | | | | | 17.68 | 9.81 | | | |
| 11/7/2022 | payment | 8/1/2021 | 667,641.79 | 266,556.81 | (168,801.12) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 11/30/2022 | interest | | | | | | 17.11 | 12.59 | | | |
| 12/5/2022 | payment | 9/1/2021 | 667,641.79 | 266,004.46 | (169,353.47) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 12/16/2022 | disbursement | | | | | | | | (65,098.81) | | |
| 12/30/2022 | interest | | | | | | 17.69 | 10.03 | | | |
| | | | | 81,122,331.27 | (1,499,369.77) | 83,317.72 | | | 16,277.03 | 98,937.33 | 7,450,593.01 |
| 1/5/2023 | payment | 10/1/2021 | 667,641.79 | 256,887.38 | (178,470.55) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 1/17/2023 | extra payment | 11/1/2021 | | 264,866.30 | (170,491.63) | 176,997.70 | | | 16,267.00 | (131,916.44) | (496,706.19) |
| 1/17/2023 | adjustment | | | | (12,080.10) | | | | | | |
| 1/18/2023 | ret advance | | | | (1,094,690.24) | | | | | | |
| 1/31/2023 | interest | | | | | | 17.69 | 7.91 | | | |
| 2/6/2023 | payment | 12/1/2021 | 667,641.79 | 255,782.34 | (179,575.59) | 183,037.75 | | | 16,267.00 | 32,979.11 | |
| 2/28/2023 | interest | | | | | | 15.98 | 11.81 | | | |
| 3/6/2023 | payment | 1/1/2022 | 668,876.90 | 263,720.80 | (171,637.13) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 3/9/2023 | disbursement | | | | | | | | (65,103.69) | | |
| 3/31/2023 | interest | | | | | | 17.70 | 6.80 | | | |
| 4/5/2023 | payment | 2/1/2022 | 668,876.90 | 263,159.17 | (172,198.76) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 4/28/2023 | interest | | | | | | 33.69 | 12.14 | | | |
| 5/5/2023 | payment | 3/1/2022 | 668,876.90 | 237,183.21 | (198,174.72) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 5/8/2023 | extra payment | 4/1/2022 | | 261,947.22 | (173,410.71) | 176,997.70 | | | 16,267.00 | (131,916.44) | (496,706.19) |
| 5/31/2023 | interest | | | | | | 35.42 | 24.74 | | | |
| 6/5/2023 | payment | 5/1/2022 | 668,876.90 | 252,948.18 | (182,409.75) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 6/12/2023 | disbursement | | | | | | | | (64,486.86) | | |
| 6/30/2023 | interest | | | | | | 34.29 | 16.43 | | | |
| 7/3/2023 | ret advance | | | | (1,094,690.24) | | | | | | |
| 7/5/2023 | payment | 6/1/2022 | 668,876.90 | 260,782.90 | (174,575.03) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 7/31/2023 | interest | | | | | | 35.45 | 12.97 | | | |
| 8/7/2023 | payment | 7/1/2022 | 668,876.90 | 251,817.73 | (183,540.20) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 8/31/2023 | interest | | | | | | 35.46 | 19.44 | | | |
| 9/5/2023 | payment | 8/1/2022 | 668,876.90 | 259,611.07 | (175,746.86) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 9/6/2023 | extra payment | 9/1/2022 | | 259,035.98 | (176,321.95) | 176,997.70 | | | 16,267.00 | (131,916.44) | (496,706.19) |
| 9/11/2023 | disbursement | | | | | | | | (49,713.82) | | |
| 9/29/2023 | interest | | | | | | 34.33 | 18.31 | | | |
| 10/5/2023 | payment | 10/1/2022 | 668,876.90 | 250,121.63 | (185,236.30) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 10/19/2023 | ins deposit | | | | | | 2,321.63 | | | | |
| 10/31/2023 | interest | | | | | | 35.87 | 19.51 | | | |
| 11/6/2023 | payment | 11/1/2022 | 668,876.90 | 257,852.88 | (177,505.05) | 184,272.86 | | | 16,267.00 | 32,979.11 | |
| 11/30/2023 | interest | | | | | | 35.32 | 25.32 | | | |

| Date | Type | Period | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2023 | payment | 12/1/2022 | 668,876.90 | 248,972.95 | (186,384.98) | 184,272.86 | | 16,267.00 | 32,979.11 | | |
| 12/11/2023 | disbursement | | | | | | | (64,830.30) | | | |
| 12/29/2023 | interest | | | | | | 36.51 | 15.59 | | | |
| | | | | | 78,436,652.06 | (961,033.15) | 86,007.06 | 16,338.33 | 98,937.33 | 5,960,474.44 | |
| 1/5/2024 | payment | 1/1/2023 | 668,876.90 | 256,662.16 | (178,695.77) | 184,272.86 | | 16,267.00 | 32,979.11 | | |
| 1/16/2024 | extra payment | 2/1/2023 | | 256,077.42 | (179,280.51) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 1/19/2024 | ret advance | | | | | (1,056,080.83) | | | | | |
| 1/31/2024 | interest | | | | | | 36.42 | 16.03 | | | |
| 2/5/2024 | payment | 3/1/2023 | 660,617.51 | 230,765.86 | (204,592.07) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 2/29/2024 | interest | | | | | | 34.09 | 24.70 | | | |
| 3/5/2024 | payment | 4/1/2023 | 660,617.51 | 254,821.31 | (180,536.62) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 3/8/2024 | disbursement | | | | | | | (64,795.79) | | | |
| 3/29/2024 | interest | | | | | | 36.45 | 13.02 | | | |
| 4/5/2024 | payment | 5/1/2023 | 660,617.51 | 246,029.57 | (189,328.36) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 4/30/2024 | interest | | | | | | 35.29 | 12.39 | | | |
| 5/5/2024 | payment | 6/1/2023 | 660,617.51 | 253,611.03 | (181,746.90) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 5/8/2024 | extra payment | 7/1/2023 | | 244,854.49 | (190,503.44) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 5/31/2024 | interest | | | | | | 36.48 | 24.62 | | | |
| 6/5/2024 | payment | 8/1/2023 | 660,617.51 | 252,392.94 | (182,964.99) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 6/7/204 | disbursement | | | | | | | (65,504.44) | | | |
| 6/28/2024 | interest | | | | | | 35.32 | 11.82 | | | |
| 7/5/2024 | payment | 9/1/2023 | 660,617.51 | 251,794.24 | (183,563.69) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 7/8/2024 | ret advance | | | | | (1,056,080.83) | | | | | |
| 7/31/2024 | interest | | | | | | 36.51 | 12.67 | | | |
| 8/5/2024 | payment | 10/1/2023 | 660,617.51 | 243,090.56 | (192,267.37) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 8/30/2024 | interest | | | | | | 36.53 | 19.57 | | | |
| 9/5/2024 | payment | 11/1/2023 | 660,617.51 | 250,564.44 | (184,793.49) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 9/10/2024 | extra payment | 12/1/2023 | | 241,896.53 | (193,461.40) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 9/25/2024 | disbursement | | | | | | | (65,495.18) | | | |
| 9/30/2024 | interest | | | | | | 35.37 | 25.54 | | | |
| 10/7/2024 | payment | 1/1/2024 | 660,617.51 | 249,326.70 | (186,031.23) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 10/23/2024 | ins deposit | | | | | | 3,788.68 | | | | |
| 10/31/2024 | interest | | | | | | 36.97 | 12.07 | | | |
| 11/5/2024 | payment | 2/1/2024 | 660,617.51 | 248,717.97 | (186,639.96) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 11/29/2024 | interest | | | | | | 36.95 | 18.75 | | | |
| 12/6/2024 | payment | 3/1/2024 | 660,617.51 | 232,100.32 | (203,257.61) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 12/31/2024 | interest | | | | | | 38.20 | 26.08 | | | |
| | | | | | 75,618,988.65 | (421,780.68) | 90,230.32 | 64,765.18 | 98,937.33 | 4,470,355.87 | Balances at Maturity |
| 1/10/2025 | cashflow remitted | | 567,444.91 | | | | | | 567,444.91 | | |
| 1/23/2025 | ret advance | | | | | (1,200,320.38) | | | | | |
| 2/6/2025 | cashflow remitted | | 347,708.04 | | | | | | | 347,708.04 | |
| 3/5/2025 | cashflow remitted | | 348,588.48 | | | | | | | 348,588.48 | |
| 4/3/2025 | cashflow remitted | | 405,771.67 | | | | | | | 405,771.67 | |
| 5/2/2025 | post payment | 4/1/2024 | | 247,442.14 | (187,915.79) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 5/1/2024 | | 238,865.06 | (196,492.87) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 6/1/2024 | | 246,184.26 | (189,173.67) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 7/1/2024 | | 237,643.79 | (197,714.14) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 8/1/2024 | | 244,918.28 | (190,439.65) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 9/1/2024 | | 244,295.12 | (191,062.81) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 10/1/2024 | | 235,809.60 | (199,548.33) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 11/1/2024 | | 243,016.95 | (192,340.98) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 12/1/2024 | | 234,568.62 | (200,789.31) | | | | | (435,357.93) | |
| | | | | | 73,873,511.10 UPB | (1,622,101.06) negative RET | 90,230.32 | 64,765.18 | 666,382.24 | 1,654,202.69 | swept to FNMA 5/6/25 |
| 5/5/2025 | cashflow remitted | | 416,354.16 | | | | | | | 416,354.16 | swept to FNMA 5/6/25 |
| 6/5/2025 | cashflow remitted | | 331,674.63 | | | | | | | 331,674.63 | swept to FNMA 6/5/25 |

| Date | | | Amount | Interest | Principal | RET | INS | RR | VAR MISC (Forbearance) | Unapplied | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2020 Bal | | | | | 84,658,126.46 | 1,083,167.44 | 50,226.73 | 16,285.01 | - | - | |
| 1/7/2020 | payment | 1/1/2020 | 628,622.63 | 277,020.20 | (158,337.73) | 176,997.70 | | 16,267.00 | | | |
| 1/9/2020 | disb | | | | | (1,088,388.01) | | | | | |
| 1/31/2020 | interest | | | | | 94.82 | 10.64 | 6.12 | | | |
| 2/7/2020 | payment | 2/1/2020 | 628,622.63 | 276,502.09 | (158,855.84) | 176,997.70 | | 16,267.00 | | | |
| 2/27/2020 | interest | | | | | 60.64 | 9.95 | 8.89 | | | |
| 3/9/2020 | payment | 3/1/2020 | 628,622.63 | 258,176.97 | (177,180.96) | 176,997.70 | | 16,267.00 | | | |
| 3/17/2020 | disb | | | | | | | (12,100.06) | | | |
| 3/31/2020 | interest | | | | | 100.48 | 10.64 | 11.62 | | | |
| 4/29/2020 | interest | | | | | 109.00 | 10.30 | 10.97 | | | |
| 5/5/2020 | disb | | | | | | | (34,834.00) | | | |
| 5/11/2020 | FB cashflow | | 429,619.35 | | | | | | | 429,619.35 | |
| 5/28/2020 | interest | | | | | 111.41 | 10.64 | 5.04 | | | |
| 6/5/2020 | FB cashflow | | 377,649.37 | | | | | | | 377,649.37 | |
| 6/30/2020 | interest | | | | | 107.84 | 10.30 | 3.73 | | | |
| 7/7/2020 | FB cashflow | | 424,709.46 | | | | | | | 424,709.46 | |
| 7/28/2020 | ret advance | | | | | (983,535.79) | | | | | |
| 7/31/2020 | interest | | | | | 100.67 | 10.65 | 3.85 | | | |
| 8/5/2020 | FB cashflow | | 499,324.97 | | | | | | | 499,324.97 | |
| 8/31/2020 | interest | | | | | | 10.65 | 3.85 | | | |
| 9/8/2020 | FB cashflow | | 535,449.95 | | | | | | | 535,449.95 | |
| 9/30/2020 | interest | | | | | | 10.31 | 3.73 | | | |
| 10/6/2020 | FB cashflow | | 561,062.88 | | | | | | | 561,062.88 | |
| 10/29/2020 | interest | | | | | | 10.31 | 3.73 | | | |
| 11/9/2020 | FB cashflow | | 532,791.09 | | | | | | | 532,791.09 | |
| 11/30/2020 | interest | | | | | | 10.66 | 3.86 | | | |
| 12/8/2020 | FB cashflow | | 476,747.85 | | | | | | | 476,747.85 | |
| 12/31/2020 | interest | | | | | | 10.66 | 3.86 | | | |
| 12/31/2020 | | | | | 84,163,751.93 | (457,078.40) | 50,352.44 | 18,221.20 | - | 3,837,354.92 | |
| 1/7/2021 | FB cashflow | | 607,803.69 | | | | | | | 607,803.69 | |
| 1/14/2021 | ret advance | | | | | (1,098,170.70) | | | | | |
| 1/29/2025 | interest | | | | | | 10.69 | 3.87 | | | |
| 2/9/2021 | FB cashflow | | 476,854.88 | | | | | | | 476,854.88 | |
| 2/26/2021 | interest | | | | | | 9.66 | 3.50 | | | |
| 3/8/2021 | FB cashflow | | 496,842.57 | | | | | | | 496,842.57 | |
| 3/31/2021 | interest | | | | | | 10.70 | 3.87 | | | |
| 4/7/2021 | FB cashflow | | 558,670.22 | | | | | | | 558,670.22 | |
| 4/29/2021 | interest | | | | | | 10.35 | 3.75 | | | |
| 5/7/2021 | FB cashflow | | 527,857.84 | | | | | | | 527,857.84 | |
| 5/27/2021 | interest | | | | | | 10.70 | 3.87 | | | |
| 6/10/2021 | FB cashflow | | 598,276.07 | | | | | | | 598,276.07 | |
| 6/11/2021 | ins deposit | | 15,758.01 | | | | 15,758.01 | | | | |
| 6/30/2021 | interest | | | | | | 12.41 | 3.75 | | | |
| 7/1/2021 | ret advance | | | | | (1,098,170.70) | | | | | |
| 7/9/2021 | FB cashflow | | 639,312.15 | | | | | | | 639,312.15 | |
| 7/30/2021 | interest | | | | | | 14.05 | 3.87 | | | |
| 8/9/2021 | FB cashflow | | 616,986.70 | | | | | | | 616,986.70 | |
| 8/31/2021 | interest | | | | | | 14.05 | 3.87 | | | |
| 9/9/2021 | FB cashflow | | 580,752.54 | | | | | | | 580,752.54 | |
| | | | | | 84,163,751.93 | (2,653,419.80) | 66,203.06 | 18,251.55 | | 8,940,711.58 | End of forbearance |
| 9/30/2021 | interest | | | | | | 13.60 | 3.75 | | | |
| 10/8/2021 | payment | 4/1/2020 | 661,601.74 | 275,402.50 | (159,955.43) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 10/26/2025 | ins deposit | | 16,843.69 | | | | 16,843.69 | | | | |
| 10/29/2021 | interest | | | | | | 13.50 | 3.63 | | | |
| 11/8/2021 | payment | 5/1/2020 | 661,601.74 | 266,012.02 | (169,345.91) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 11/30/2021 | interest | | | | | | 18.21 | 8.01 | | | |
| 12/6/2021 | payment | 6/1/2020 | 661,601.74 | 274,324.95 | (161,032.98) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 12/30/2021 | interest | | | | | | 17.64 | 13.57 | | | |
| 1/5/2022 | payment | 7/1/2020 | 661,601.74 | 264,965.82 | (170,392.11) | 176,997.70 | | 16,267.00 | 32,979.11 | | |
| 1/11/2022 | ret advance | | | | | (1,055,214.61) | | | | | |
| 1/14/2022 | extra payment | 8/1/2020 | | 273,240.46 | (162,117.47) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |

| Date | Type | Ref Date | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2022 | interest | | | | | | 17.65 | 19.03 | | |
| 2/7/2022 | payment | 9/1/2020 | 667,641.79 | 272,709.97 | (162,647.96) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 2/28/2022 | interest | | | | | | 15.94 | 21.45 | | |
| 3/7/2022 | payment | 10/1/2020 | 667,641.79 | 263,397.82 | (171,960.11) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 3/15/2022 | disbursement | | | | | | | (110,163.56) | | |
| 3/31/2022 | interest | | | | | | 17.65 | 15.22 | | |
| 4/5/2022 | payment | 11/1/2020 | 667,641.79 | 271,615.06 | (163,742.87) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 4/29/2022 | interest | | | | | | 17.09 | 7.31 | | |
| 5/5/2022 | payment | 12/1/2020 | 667,641.79 | 262,334.76 | (173,023.17) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 5/17/2022 | extra payment | 1/1/2021 | | 270,513.09 | (164,844.84) | 183,037.75 | | 16,267.00 | (131,916.44) | (496,706.19) |
| 5/31/2022 | interest | | | | | | 17.66 | 12.59 | | |
| 6/6/2022 | payment | 2/1/2021 | 667,641.79 | 269,973.68 | (165,384.25) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 6/13/2022 | ret advance | | | | (1,055,214.61) | | | | | |
| 6/21/2022 | disbursement | | | | | | | (70,259.77) | | |
| 6/30/2022 | interest | | | | | | 17.10 | 12.90 | | |
| 7/5/2022 | payment | 3/1/2021 | 667,641.79 | 243,358.39 | (191,999.54) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 7/29/2025 | interest | | | | | | 17.67 | 6.48 | | |
| 8/5/2022 | payment | 4/1/2021 | 667,641.79 | 268,804.24 | (166,553.69) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 8/31/2022 | | | | | | | 17.67 | 9.94 | | |
| 9/6/2022 | payment | 5/1/2021 | 667,641.79 | 259,605.71 | (175,752.22) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 9/12/2022 | disbursement | | | | | | | (49,433.10) | | |
| 9/15/2022 | extra payment | 6/1/2021 | | 267,684.14 | (167,673.79) | 183,037.75 | | 16,267.00 | (131,916.44) | (496,706.19) |
| 9/30/2022 | interest | | | | | | 17.11 | 8.41 | | |
| 10/5/2022 | payment | 7/1/2021 | 667,641.79 | 258,518.20 | (176,839.73) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 10/31/2022 | interest | | | | | | 17.68 | 9.81 | | |
| 11/7/2022 | payment | 8/1/2021 | 667,641.79 | 266,556.81 | (168,801.12) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 11/30/2022 | interest | | | | | | 17.11 | 12.59 | | |
| 12/5/2022 | payment | 9/1/2021 | 667,641.79 | 266,004.46 | (169,353.47) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 12/16/2022 | disbursement | | | | | | | (65,098.81) | | |
| 12/30/2022 | interest | | | | | | 17.69 | 10.03 | | |
| | | | | 81,122,331.27 | (1,499,369.77) | | 83,317.72 | 16,277.03 | 98,937.33 | 7,450,593.01 |
| 1/5/2023 | payment | 10/1/2021 | 667,641.79 | 256,887.38 | (178,470.55) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 1/17/2023 | extra payment | 11/1/2021 | | 264,866.30 | (170,491.63) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) |
| 1/17/2023 | adjustment | | | | (12,080.10) | | | | | |
| 1/18/2023 | ret advance | | | | (1,094,690.24) | | | | | |
| 1/31/2023 | interest | | | | | | 17.69 | 7.91 | | |
| 2/6/2023 | payment | 12/1/2021 | 667,641.79 | 255,782.34 | (179,575.59) | 183,037.75 | | 16,267.00 | 32,979.11 | |
| 2/28/2023 | interest | | | | | | 15.98 | 11.81 | | |
| 3/6/2023 | payment | 1/1/2022 | 668,876.90 | 263,720.80 | (171,637.13) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 3/9/2023 | disbursement | | | | | | | (65,103.69) | | |
| 3/31/2023 | interest | | | | | | 17.70 | 6.80 | | |
| 4/5/2023 | payment | 2/1/2022 | 668,876.90 | 263,159.17 | (172,198.76) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 4/28/2023 | interest | | | | | | 33.69 | 12.14 | | |
| 5/5/2023 | payment | 3/1/2022 | 668,876.90 | 237,183.21 | (198,174.72) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 5/8/2023 | extra payment | 4/1/2022 | | 261,947.22 | (173,410.71) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) |
| 5/31/2023 | interest | | | | | | 35.42 | 24.74 | | |
| 6/5/2023 | payment | 5/1/2022 | 668,876.90 | 252,948.18 | (182,409.75) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 6/12/2023 | disbursement | | | | | | | (64,486.86) | | |
| 6/30/2023 | interest | | | | | | 34.29 | 16.43 | | |
| 7/3/2023 | ret advance | | | | (1,094,690.24) | | | | | |
| 7/5/2023 | payment | 6/1/2022 | 668,876.90 | 260,782.90 | (174,575.03) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 7/31/2023 | interest | | | | | | 35.45 | 12.97 | | |
| 8/7/2023 | payment | 7/1/2022 | 668,876.90 | 251,817.73 | (183,540.20) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 8/31/2023 | interest | | | | | | 35.46 | 19.44 | | |
| 9/5/2023 | payment | 8/1/2022 | 668,876.90 | 259,611.07 | (175,746.86) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 9/6/2023 | extra payment | 9/1/2022 | | 259,035.98 | (176,321.95) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) |
| 9/11/2023 | disbursement | | | | | | | (49,713.82) | | |
| 9/29/2023 | interest | | | | | | 34.33 | 18.31 | | |
| 10/5/2023 | payment | 10/1/2022 | 668,876.90 | 250,121.63 | (185,236.30) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 10/19/2023 | ins deposit | | | | | | 2,321.63 | | | |
| 10/31/2023 | interest | | | | | | 35.87 | 19.51 | | |
| 11/6/2023 | payment | 11/1/2022 | 668,876.90 | 257,852.88 | (177,505.05) | 184,272.86 | | 16,267.00 | 32,979.11 | |
| 11/30/2023 | interest | | | | | | 35.32 | 25.32 | | |

| Date | Type | Period | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2023 | payment | 12/1/2022 | 668,876.90 | 248,972.95 | (186,384.98) | 184,272.86 | | 16,267.00 | 32,979.11 | | |
| 12/11/2023 | disbursement | | | | | | | (64,830.30) | | | |
| 12/29/2023 | interest | | | | | | 36.51 | 15.59 | | | |
| | | | | | 78,436,652.06 | (961,033.15) | 86,007.06 | 16,338.33 | 98,937.33 | 5,960,474.44 | |
| 1/5/2024 | payment | 1/1/2023 | 668,876.90 | 256,662.16 | (178,695.77) | 184,272.86 | | 16,267.00 | 32,979.11 | | |
| 1/16/2024 | extra payment | 2/1/2023 | | 256,077.42 | (179,280.51) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 1/19/2024 | ret advance | | | | | (1,056,080.83) | | | | | |
| 1/31/2024 | interest | | | | | | 36.42 | 16.03 | | | |
| 2/5/2024 | payment | 3/1/2023 | 660,617.51 | 230,765.86 | (204,592.07) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 2/29/2024 | interest | | | | | | 34.09 | 24.70 | | | |
| 3/5/2024 | payment | 4/1/2023 | 660,617.51 | 254,821.31 | (180,536.62) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 3/8/2024 | disbursement | | | | | | | (64,795.79) | | | |
| 3/29/2024 | interest | | | | | | 36.45 | 13.02 | | | |
| 4/5/2024 | payment | 5/1/2023 | 660,617.51 | 246,029.57 | (189,328.36) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 4/30/2024 | interest | | | | | | 35.29 | 12.39 | | | |
| 5/5/2024 | payment | 6/1/2023 | 660,617.51 | 253,611.03 | (181,746.90) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 5/8/2024 | extra payment | 7/1/2023 | | 244,854.49 | (190,503.44) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 5/31/2024 | interest | | | | | | 36.48 | 24.62 | | | |
| 6/5/2024 | payment | 8/1/2023 | 660,617.51 | 252,392.94 | (182,964.99) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 6/7/204 | disbursement | | | | | | | (65,504.44) | | | |
| 6/28/2024 | interest | | | | | | 35.32 | 11.82 | | | |
| 7/5/2024 | payment | 9/1/2023 | 660,617.51 | 251,794.24 | (183,563.69) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 7/8/2024 | ret advance | | | | | (1,056,080.83) | | | | | |
| 7/31/2024 | interest | | | | | | 36.51 | 12.67 | | | |
| 8/5/2024 | payment | 10/1/2023 | 660,617.51 | 243,090.56 | (192,267.37) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 8/30/2024 | interest | | | | | | 36.53 | 19.57 | | | |
| 9/5/2024 | payment | 11/1/2023 | 660,617.51 | 250,564.44 | (184,793.49) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 9/10/2024 | extra payment | 12/1/2023 | | 241,896.53 | (193,461.40) | 176,997.70 | | 16,267.00 | (131,916.44) | (496,706.19) | |
| 9/25/2024 | disbursement | | | | | | | (65,495.18) | | | |
| 9/30/2024 | interest | | | | | | 35.37 | 25.54 | | | |
| 10/7/2024 | payment | 1/1/2024 | 660,617.51 | 249,326.70 | (186,031.23) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 10/23/2024 | ins deposit | | | | | | 3,788.68 | | | | |
| 10/31/2024 | interest | | | | | | 36.97 | 12.07 | | | |
| 11/5/2024 | payment | 2/1/2024 | 660,617.51 | 248,717.97 | (186,639.96) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 11/29/2024 | interest | | | | | | 36.95 | 18.75 | | | |
| 12/6/2024 | payment | 3/1/2024 | 660,617.51 | 232,100.32 | (203,257.61) | 176,013.47 | | 16,267.00 | 32,979.11 | | |
| 12/31/2024 | interest | | | | | | 38.20 | 26.08 | | | |
| | | | | | 75,618,988.65 | (421,780.68) | 90,230.32 | 64,765.18 | 98,937.33 | 4,470,355.87 | Balances at Maturity |
| 1/10/2025 | cashflow remitted | | 567,444.91 | | | | | | 567,444.91 | | |
| 1/23/2025 | ret advance | | | | | (1,200,320.38) | | | | | |
| 2/6/2025 | cashflow remitted | | 347,708.04 | | | | | | | 347,708.04 | |
| 3/5/2025 | cashflow remitted | | 348,588.48 | | | | | | | 348,588.48 | |
| 4/3/2025 | cashflow remitted | | 405,771.67 | | | | | | | 405,771.67 | |
| 5/2/2025 | post payment | 4/1/2024 | | 247,442.14 | (187,915.79) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 5/1/2024 | | 238,865.06 | (196,492.87) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 6/1/2024 | | 246,184.26 | (189,173.67) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 7/1/2024 | | 237,643.79 | (197,714.14) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 8/1/2024 | | 244,918.28 | (190,439.65) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 9/1/2024 | | 244,295.12 | (191,062.81) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 10/1/2024 | | 235,809.60 | (199,548.33) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 11/1/2024 | | 243,016.95 | (192,340.98) | | | | | (435,357.93) | |
| 5/2/2025 | post payment | 12/1/2024 | | 234,568.62 | (200,789.31) | | | | | (435,357.93) | |
| | | | | | 73,873,511.10 | (1,622,101.06) | 90,230.32 | 64,765.18 | 666,382.24 | 1,654,202.69 | swept to FNMA 5/6/25 |
| | | | | | UPB | negative RET | | | | | |
| 5/5/2025 | cashflow remitted | | 416,354.16 | | | | | | | 416,354.16 | swept to FNMA 5/6/25 |
| 6/5/2025 | cashflow remitted | | 331,674.63 | | | | | | | 331,674.63 | swept to FNMA 6/5/25 |