**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTREICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **FANNIE MAE** : | |
| : | Case No. 1:25-cv-01510 |
| Plaintiff, : | |
| : | Judge Bridget Meehan Brennan |
| v. : | |
| : | |
| **RESERVE APARTMENTS, LTD.,** *et al.* : | |
| : | |
| Defendants. : | |
| : | |

**NOTICE OF FILING RECEIVER'S REPORT**

Andrew Hayman of the Hayman Company ("Receiver"), by and through his undersigned counsel, respectfully provides his first Receiver Report, pursuant to the *Agreed Order Granting Plaintiff's Unopposed and Consented Ex Parte Motion to Appoint Receiver* entered on August 14, 2025 [DN 11] ("Receiver Order"). The Receiver's Report is attached as **Exhibit A**.

Receiver took over the subject property on August 21, 2025, so this initial report is for a limited 10-day period from August 21, 2025 through August 31, 2025. The Receiver has opened bank accounts and copies of the initial bank statements are attached as **Exhibit B**. Detailed financials will be provided when the next receiver report is filed.

61313944.1

The information contained in the report attached at <u>Exhibit A</u> is for the use of this Court and the parties to this action. Any use of this information by any other party other than for informational purposes shall be at that party's own risk. Any objection to this initial report should be filed within 14 days after this notice.

                Respectfully submitted,

                */s/ Jeanna M. Weaver*
                Jeanna M. Weaver (0075186)
                David L. Van Slyke (0077721)
                PLUNKETT COONEY
                716 Mt. Airyshire Blvd., Ste. 150
                Columbus, Ohio 43235
                (614) 629-3000; Fax (248) 901-4040
                E-mail:  jweaver@plunkettcooney.com
                              dvanslyke@plunkettcooney.com
                *Attorneys for Andrew Hayman of the Hayman Company*

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing pleading was sent via electronic mail, on this 22nd day of September, 2025, to the following counsel of record:

| | |
|---|---|
| David Mullen, Esq.<br>James W. Sandy, Esq.<br>McGlinchey Stafford<br>3401 Tuttle Rd., Ste. 200<br>Cleveland, OH 44122<br>dmullen@mcglinchey.com<br>jsandy@mcglinchey.com<br>*Attorneys for Plaintiff* | Alan W. Scheufler, Esq.<br>Michael S. Tucker, Esq.<br>Ulmer & Berne – Cleveland<br>1660 West Second St.<br>Cleveland, OH 44113<br>mtucker@ubglaw.com<br>*Attorneys for Reserve Apartment Defendants* |
| Adam D. Jutte, Esq.<br>Office of Prosecuting Attorney<br>310 Lakwside Ave., W<br>Cleveland, OH 44113<br>ajutte@prosecutor.cuyahogacounty.us<br>*Attorney for Cuyahoga Fiscal Officer* | |

                */s/ Jeanna M. Weaver*
                Jeanna M. Weaver (0075186)

61313944.1