

**CITY OF CLEVELAND**
Mayor Justin M. Bibb

February 9, 2026

**The Honorable Judge Bridget Meehan Brennan**
United States District Court for the Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

Good afternoon Your Honor:

I am writing to respectfully request your assistance with an urgent matter regarding the Reserve Apartments, LTD receivership appointment, case # 1:25-cv-01510. Since at least December 11 of 2025, the City has received consistent complaints about the building located at 1701 E 12th Street for lack of heat. The City has also received complaints of a flooded parking garage, fire alarms that go off daily, and a lack of hot water.

The lack of heat during one of the coldest winters Cleveland has seen in years is a huge concern for the City, and we fear for the safety of the inhabitants. The flooded parking garage, malfunctioning fire alarms, and lack of hot water could also pose potential safety concerns, but none like that of the lack of heat when temperatures are regularly dipping below zero at night, with wind-chill numbers that are unsettling, to put it mildly.

While we typically would not reach out to a Judge in a foreclosure case in such a direct way, time is of the essence, and we feel compelled to try to "fast-track" this in any way possible. We would respectfully request you to order the receiver to repair the broken furnace and/or boilers (make the heat functional) on an expedited schedule.

On several occasions, my staff and I have been in contact with representatives of the receiver, The Hayman Company.  For many weeks, we have been told that they are waiting on parts from Johnson Controls to repair the boiler. We have not seen substantive repairs being made in the building and the conditions continue to be hazardous.

We are currently discussing with the Law Department options toward intervening in the foreclosure case under Federal Rule of Civil Procedure Rule 24, but we are concerned that this will take too long to be effective, so we are reaching out directly. Our position is that the role of the receiver is to protect the asset and prevent devaluation, so fixing the heat would further the receiver's goals as well alleviate the concerns of the City. Having the receiver make the repairs

will help everyone.  If the building does not remain habitable, there may be no rent stream to fund the receiver making any repairs.

Thank you for taking the time to consider our request. We would welcome and appreciate any input and/or guidance you might possibly lend us in trying to achieve our goal--safety for our citizens.

**Sally Martin O'Toole**
Director of Building and Housing
601 Lakeside Avenue, Room 510
**Phone** 216-664-2651
**Web** clevelandohio.gov



**CITY OF CLEVELAND**
Mayor Justin M. Bibb

cc:

**David Mullen**, Attorney for Fannie Mae, dmullen@mcglinchey.com
**James W. Sandy**, Attorney for Fannie Mae, jsandy@hinshawlaw.com

**Allan W. Scheufler**, Attorney for Reserve Square Apartments Ltd., 216-583-7204
**Michael S. Tucker**, Attorney for Reserve Square Apartments Ltd., mtucker@ubglaw.com

**Adam D. Jutte**, Attorney for Cuyahoga County Fiscal Officer, ajutte@prosecutor.cuyahogacounty.us

**Jeanna M. Weaver**, Attorney for Hayman Company, jweaver@plunkettcooney.com

**Mark Griffin**, Law Director, City of Cleveland, mgriffin@clevelandohio.gov