

# PLUNKETT COONEY

February 12, 2026

<u>**Via Email**</u> ([brennan_chambers@ohnd.uscourts.gov](mailto:brennan_chambers@ohnd.uscourts.gov))

Honorable Bridget Meehan Brennan
United States District Court for the
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

> RE: *Fannie Mae v. Reserve Apartments, Ltd.*, Case No. 25-cv-01510, United States District Court for the Northern District of Ohio (the "Foreclosure")
> Reserve Square, 1701 East 12th Street, Cleveland, Ohio 44114 (the "Property")

Dear Your Honor:

Plunkett Cooney PC, as counsel for Andrew Hayman of the Hayman Company ("Receiver"), respectfully responds to the City of Cleveland's (the "City") letter dated February 9, 2026 that sets forth concerns with the Property. While the Receiver shares the City's commitment to the safety and well-being of the Property's residents, the City's letter overlooks the substantial and ongoing remediation efforts the Receiver has undertaken since its appointment, as well as the deteriorated conditions inherited by the Receiver.

## I.   Background of Property

The Property was built in the early 1970s, has over 1,000,000 square feet and consists of two towers with a mixed use of multifamily and office. There are 976 multifamily units. Reserve Square Apartments, Ltd, has owned a portion of the Property since 2005 and Reserve Apartments, Ltd. (collectively, "Owners") has owned a portion of the Property since 2012. After defaults under Owners' loan from Fannie Mae, the Foreclosure was commenced on July 21, 2025.

Receiver was appointed on August 14, 2025, pursuant to the *Agreed Order Granting Plaintiff's Unopposed and Consented Ex Parte Motion to Appoint Receiver*. At the time of take-over there was significant deferred maintenance, a lack of proper security, evidence of squatters in many of the over 400 vacant units, unsanitary conditions and widespread pest infestation.

While the Receiver has made great progress on stabilizing the Property, work is ongoing. The City's February 9, 2026 letter raises concerns over lack of heat, a flooded parking garage, malfunctioning fire alarms and a lack of hot water. Each issue is addressed below.

## II. Heating Issues

In early November, Receiver switched the Property over from air conditioning to heat and immediately recognized that there were issues with the heating system and engaged Johnson Controls ("JC") to handle maintenance and repairs. The Property has a total of seven (7) boilers to provide heat to the units. Out of the seven, three were operational but in need of maintenance, two were not operational but believed to be repairable and the final two were determined that they had not been operational for some time and in need of replacement. It was initially expected that repairs to the two units that could be repaired would take a few days after receiving parts, but with nearly each repair new issues have been discovered requiring additional work. Delays in any repairs have centered around supplier issues and shipping delays. JC began its work the week of December 8, 2025, and has provided more detailed information and history of the work they have been doing, which is attached as Attachment 1.

Despite the challenges with the boilers, it has been determined that the three operational boilers are providing heat. Any resident that has a complaint for insufficient heat has been offered an alternative heat source by Receiver. In addition, Receiver has provided multiple general updates to the residents of the Property about Receiver's repair efforts on the boilers to keep residence apprised of Receiver's efforts. Receiver is committed to continuing all necessary efforts to get five boilers operational, which has been determined to be sufficient to supply the necessary heat to the Property.

## III. Parking Garage

On January 16, 2026, there was a leak into the 2nd floor of the parking garage that was addressed by the Receiver on the same day. The flood did not affect any interior space. The Receiver does not believe that the parking garage is subject to flooding on a regular basis.

On December 30, 2025, there was break in the fire suppression line that flooded the loading dock, which leaked into vacant basement space in the lower-level commercial area and into a section of the space occupied by Western Reserve Area on Aging. There was no leak in any residential area. Receiver engaged a restoration company that has extracted all water and is handling repairs, which are estimated to be completed in three weeks.

## IV. Fire Alarms

The fire alarm system is serviced by Precision Alarm. Receiver kept this vendor in place from the Owners due to Precision's knowledge of the building and the system. At the time of Receiver's takeover, the alarm panel displayed 'trouble codes' that appear to have been ignored for months by the prior Owners – indicating the alarm was simply being turned off rather than properly repaired. The Receiver has methodically addressed these inherited deficiencies. Precision completed an annual fire alarm test in January 2026 and made several repairs and replaced several heat detectors that they found to be faulty. As of this letter, the alarm has only gone off once in the past few weeks, which was due to a break in the fire

suppression line. Receiver is working on obtaining quotes to replace the trash chute doors, as Precision believes those doors could be causing false alarms since they do not seal well.

**V.     Hot Water**

The residential hot water boiler has remained operational throughout the receivership, but does require regular adjustments to keep the pressure in the boiler up and the temperature at 130 degrees. The residential "water loop" is completely separate from the commercial "water loop". After receiving complaints from commercial tenants of a lack of hot water, Receiver promptly addressed those issues, which included a new water pump, replacement of a water heater in the 5th floor dentist office and replacement of plumbing that was clogged with sediment, all of which was completed by the end of December 2025.

**VI.     Other Operational Issues**

Upon its appointment, the Receiver completely restaffed this Property and improved security with the engagement of Titan Security. Titan provides 24/7 security at both entrances with a supervisor walking the Property and a patrol car for the exterior and the parking garage. As a result of the increased security, there is no longer an issue with squatters at the Property.

Receiver contracted with Orkin and completed a full roach treatment in every unit, along with bed bug treatments in 462 units. Orkin is continuing treatments on a quarterly basis. In addition, Jani-King was brought in to complete a deep-clean of the entire Property and removed large amounts of trash in vacant units and stairwells. There were common area bathrooms that had simply been uncleaned and locked up and are now clean and operational. Finally, Receiver has had a building engineer company inspect and evaluate the Property and provide a report on the exterior of the buildings, parking garage and the roof and is in the process of providing quotes for immediate repair needs.

**VII.     Conclusion**

In the six months since its appointment, the Receiver has made significant progress in stabilizing a Property that had considerable deferred maintenance. Among the key accomplishments, the Receiver has successfully eradicated the persistent squatter problem, addressed widespread pest infestations affecting hundreds of units, strengthened security at the Property, repaired critical alarm systems, and advanced efforts to restore full heating capacity throughout the buildings. These actions have been undertaken methodically and efficiently, all while prioritizing the health, safety, and well-being of the residents, which remains the Receiver's paramount concern and has guided every decision from the outset.

The Receiver remains fully committed to completing all necessary repairs and improvements in a diligent, transparent, and cost-effective manner, consistent with its court-appointed responsibilities and in furtherance of preserving and enhancing the Property's value for the benefit of all stakeholders. The Receiver stands ready to continue these efforts under the Court's oversight and guidance.

Respectfully,

Jeanna M. Weaver, Esq.

Enclosure

 Outlook

---

**Boiler Plant Status**

---

**From** Kevin Carroll <kevin.carroll@jci.com>

**Date** Tue 2/10/2026 11:16 PM

**To** Joe Hayes <jhayes@haymanco.com>

We entered into a service agreement and just 8 weeks in I feel a recap of where we started, what has been done, and what needs to be done moving forward is necessary due to the volume of activity and complexity of the task. Even though we talk every day about the boilers I feel separating the boiler plant in this way will be beneficial as we have been working on the chillers, leaks, individual units etc. as well.

When we started our service plan, our technicians noted there was a lack of maintenance in previous years resulting in the boilers not firing during startup. In some cases, this went a step further and was the cause of unsafe operating conditions which resulted in those boilers being locked out. As a system, some of the venting was installed improperly but passed the inspection of years passed. This tells us that it is safe to operate, however it will impact long term health and reliability will be addressed in due time. Indications that the plant was operated in a way that harmed the equipment and presented dangerous conditions is also present, such as all the tops being removed and no filters installed. This has been the cause of many different failures we have seen such as but not limited to heat exchangers overheating, incomplete combustion, and gas blowing back into the boiler room.

Quick Weekly Recap

Week 1

- Start of maintenance plan and started evaluating boiler
- BLR3 Bad grounding wire and flame rod repaired allowing boiler to fire. Was then determined unsafe to operate due to back draft locked out
- BLR2 Not firing worked to correct. Upon firing, we found plugged burner and had to lock out.
- BLR9, BLR1 and BLR 13 deemed safe to operate and left on will be taken down and thoroughly assessed once other boilers up and running.
- Began work on BLR4 to correct configuration loss

Week 2

- BLR4 configuration loss solved and burner fired. Backdraft due to plugged burner made unsafe to operate
- BLR8 loop valved off on exploration found 50PSI pressure relief on 65PSI system.

Week 3

- Quoted repairs 1st round of repairs to get boilers operational
- BLR4 dismantled for cleaning and evaluation
- BLR8 discovered cracked heat exchanger and corroded gas valve. Replacement needed.

Week 4

- Quotes approved for BLR2 and BLR3
- Parts ordered given lead time of 7-10 days

Week 5

- Waiting on parts to make repairs and take next steps
- Responded to emergencies no heats throughout the week

Week 6

- Perimeter heat boiler went down repaired and found heat exchanger getting so hot it was burning insulation
- Stripped down boiler and cleaned heat exchanger and restored to service
- Quoted replacement parts which were approved and ordered

Week 7

- Parts began repairs
- Deeper analysis that was only possible during the repair uncovered several other issues that were quoted.

Week 8

- Continued repairs
- Ordered parts for further repairs on heat exchangers factory gaskets were replaced with RTV sealant that was allowing combustion gases to escape factory replacements ordered

That's the past to the present. The future is to wrap up the repairs on the non-operational boilers as quickly as parts are shipped so we can take down the operating boilers and do proper maintenance to ensure they will make it through the season. We can't do that now as we will not have enough heat in loop if we take down the ones in service. As of right now there is enough heat in the loop to heat the space so when one comes online we will take another down for through maintenance and bring it back to service.

Feel free to give me a call with any questions or to talk any of this over.

**Kevin Carroll**
*HVAC Service Sales*
*Cell: 216-296-3873*
*Email: kevin.carroll@jci.com*
*24 Hr Service: 1-866-630-6796*
*Johnson Controls*

*The power behind your mission*

Johnson Controls
6650 W Snowville Rd, Suite M
Brecksville, OH 44141

