**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FANNIE MAE** | **:** | |
| | **:** | Case No. 1:25-cv-01510 |
| Plaintiff, | **:** | |
| | **:** | Judge Bridget Meehan Brennan |
| v. | **:** | |
| | **:** | |
| **RESERVE APARTMENTS, LTD.,** *et al.* | **:** | |
| | **:** | |
| Defendants. | **:** | |
| | **:** | |

**NOTICE OF RECEIVER'S WEEKLY STATUS REPORT**
**(WEEK 8)**

Andrew Hayman of the Hayman Company ("Receiver"), by and through his undersigned counsel, respectfully provides this update to the Court pursuant to the February 12, 2026 Order ("Report Order"), which requires a weekly status report regarding any updates, changes, or new complaints received relevant to the issues identified by the City of Cleveland ("City"). As addressed in Receiver's initial letter to the Court dated February 12, 2026 (the "Initial Report"), those issues included heating, the parking garage, fire alarms, and hot water. Subsequent reports have also addressed any developments regarding other operational issues referenced in the Initial Report.

62278674.3

### I.	Heating

All five boilers remain operational, and Receiver believes this issue is now resolved.  Any repairs that are needed in the future will be promptly addressed.

### II.	Parking Garage

There has been no additional flooding in the parking garage. Flooding in the garage has not been and is not expected to be a recurring issue.

The abatement work from the January 2026 break in the fire suppression line is completed.  Receiver's vendor 360 Fire & Flood's scope for the rebuild has been approved by the insurer and 360 is working on obtaining a rebuild permit.  Receiver has continued to keep the City appraised of its efforts through the assigned inspector.

Receiver has requested quotes from contractors for shoring in various areas of the garage.  Receiver has received one quote for this work but has failed to hear back from several other contractors.  Additional contractors have been contacted, and quotes have been requested to be delivered next week. Once the contractor is approved, permits will be pulled and plans sent to the City for approval.  Receiver has been in contact with the City inspector and will be arranging a walk-through of the garage with the inspector to go over the proposed plan once received.

### III.	Fire Alarms

A detector on the 22nd floor cause the fire alarm to go off on April 6, 2026.  It was determined that the detector was faulty and was replaced the same day.

The fire alarm also went off the morning of April 7, 2026, due to a contractor who is working on the lower level being parked by the elevator shaft in the loading dock. Exhaust from the contractor's vehicle set off one of the detectors. It was checked and turned off right away. Receiver is working with the property management team to make sure no vehicles are in that area of the loading dock in the future.  Receiver will continue to monitor the alarm system closely.

### IV.	Hot Water

The water heaters are checked daily to make sure they are maintaining the correct pressure and at least 130 degrees. There have been no further issues with the water heaters.

### V.	Other Operational Issues

The sprinkler head break that occurred last week and disclosed in the weekly report has been fully remedied.  Water extraction and cleaning have occurred in all

62278674.3

affected areas and the minor dripping in the WOIO space from the break has been resolved.  There have been no other operational issues.

Respectfully submitted,

*/s/ Jeanna M. Weaver*
Jeanna M. Weaver (0075186)
David L. Van Slyke (0077721)
PLUNKETT COONEY
716 Mt. Airyshire Blvd., Ste. 150
Columbus, Ohio 43235
(614) 629-3000; Fax (248) 901-4040
E-mail:  jweaver@plunkettcooney.com
          dvanslyke@plunkettcooney.com
*Attorneys for Andrew Hayman of the*
*Hayman Company, as Receiver*

62278674.3

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing pleading was sent via electronic mail, on this 9th day of April 2026, to the following counsel of record:

James W. Sandy, Esq.
McGlinchey Stafford
3401 Tuttle Rd., Ste. 200
Cleveland, OH 44122
jsandy@hinshawlaw.com
*Attorneys for Plaintiff*

Adam D. Jutte, Esq.
Office of Prosecuting Attorney
310 Lakeside Ave., W
Cleveland, OH 44113
ajutte@prosecutor.cuyahogacounty.us
*Attorney for Cuyahoga Fiscal Officer*

Scott N. Opincar
Matthew J. Cavanagh
McDonald Hopkins
sopincar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
smeeks@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com
mhdocket@mcdonaldhopkins.com
*Attorney for Gray Local Media, Inc.*

Alan W. Scheufler, Esq.
Michael S. Tucker, Esq.
Ulmer & Berne – Cleveland
1660 West Second St.
Cleveland, OH 44113
mtucker@ubglaw.com
*Attorneys for Reserve Apartment LTD.*

William A. Doyle (0090987)
Taft Stettinius & Hollister LLP
wdoyle@taftlaw.com
*Attorney for Non-Party*
*Western Reserve Area Agency on Aging*

Courtesy copy:
Dennis Butler
Assistant Director of Law
City of Cleveland
Dbutler3@clevelandohio.gov

/s/ Jeanna M. Weaver
Jeanna M. Weaver (0075186)

62278674.3