UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:25-cv-01510 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| RESERVE APARTMENTS, LTD., *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

As stated in the contemporaneously filed Order Granting In Rem Judgment and Judgment in Mortgage Foreclosure (Doc. 46), and pursuant to Federal Rule of Civil Procedure 58, it is ORDERED, ADJUDGED, and DECREED that the above-captioned case is hereby terminated and dismissal is final.

**IT IS SO ORDERED.**

Date:   April 14, 2026

_____

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE