**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **FANNIE MAE** | **:** |
| | **:**  Case No. 1:25-cv-01510 |
| Plaintiff, | **:** |
| | **:**  Judge Bridget Meehan Brennan |
| v. | **:** |
| | **:** |
| **RESERVE APARTMENTS, LTD.,** *et al.* | **:** |
| | **:** |
| Defendants. | **:** |
| | **:** |

## NOTICE OF RECEIVER'S WEEKLY STATUS REPORT (WEEK 10) AND MOTION TO EXCUSE WEEKLY REPORTING

Andrew Hayman of the Hayman Company ("Receiver"), by and through his undersigned counsel, respectfully provides this update to the Court pursuant to the February 12, 2026 Order ("Report Order"), which requires a weekly status report regarding any updates, changes, or new complaints received relevant to the issues identified by the City of Cleveland ("City"). Further, receiver respectfully requests that it be excused from weekly report as required by the Report Order.

**A.     Week 10 Update**

### I.      Heating

All five boilers remain operational, and Receiver believes this issue is now resolved.   The heat is being turned off on warmer days and turned back on for the colder days and nights and there have been no operational issues. Receiver is planning on turning all heat off and switching over to air conditioning at the end of the month provided temperatures continue to stay elevated.  Any repairs that are needed in the future will be promptly addressed.

### II.     Parking Garage

There has been no additional flooding in the parking garage. Flooding in the garage has not been and is not expected to be a recurring issue.

Receiver has requested quotes from eleven (11) contractors for shoring in various areas of the garage.  Receiver has received one quote for this work but has failed to hear back from several other contractors or received several "decline to bid" responses.  The quote that has been received is being re-reviewed to confirm is accuracy and competitiveness as the Receiver may elect to proceed with that quote. Once the contractor is approved, permits will be pulled and plans sent to the City for approval.  Receiver has been in contact with the City inspector and will be arranging a walk-through of the garage with the inspector to go over the proposed plan once received.

The rebuild work occurring in the basement from the January 2026 break in the fire suppression line in the garage has been approved by the insurer. 360 Fire & Flood has finalized their scope of work and plan, which was approved by the City on April 17, 2026 and the rebuild permit was sought.

### III.    Fire Alarms

For the second week in a row, there have been no false alarms. Receiver will continue to monitor the alarm system closely.

### IV.     Hot Water

The water heaters are checked daily to make sure they are maintaining the correct pressure and at least 130 degrees. There have been no further issues with the water heaters.

### V.      Other Operational Issues

There have been no additional operational issues.

62453234.1

**B.      Request to Excuse Weekly Reporting**

Pursuant the Report Order, Receiver was ordered to "file a weekly status report on the docket regarding any updates, changes, or new complaints received relevant to the issues identified by the City's letter, including heating, the parking garage, fire alarms, hot water, cleanings/treatments, and reports from the building engineer." The weekly reports are required to be filed by each Friday "until further order of this Court."

Receiver has diligently provided weekly reporting for ten (10) consecutive weeks since the Report Order.  As demonstrated below, the concerns from the City that precipitated the Report Order have been fully addressed.  Receiver's weekly reporting has shown the following:

1. All heating issues have been fully resolved, with sufficient heat restored by Week 1 of reporting and maintained consistently throughout all subsequent weeks including full repair of a fifth boiler to insure there is sufficient heat.

2. All hot water issues were fully resolved as of Week 1 and have remained resolved throughout the entire reporting period, except for repair needed one of the weeks.

3. There has been no additional flooding in the garage. The prior flooding was an isolated incident resulting from two breaks in a fire suppression line caused by prolonged, unseasonably cold temperatures, not a systemic or recurring problem. The Receiver is working to complete the necessary rebuild work for the affected areas.

4. Fire alarms are not going off daily, as the City's letter alleged. Over the ten week reporting period the alarm has gone off seven times, typically triggered by ongoing maintenance or construction work at the property – not by any underlying safety issues. In each instance, the alarm was immediately addressed, and any necessary repair was completed the same day.

Given that the issues raised in the City's letter have been addressed, and Receiver has demonstrated sustained compliance over ten weeks of reporting,

62453234.1

weekly reporting is no longer necessary or warranted. All systems continued to be monitored by the Receiver. Further, pursuant to the Order Appointing Receiver, Receiver will continue to submit monthly reporting in accordance with such Order, which will provide the Court with ongoing updates into the property's operations. Therefore, Receiver respectfully request that weekly reporting be excused.

Respectfully submitted,

*/s/ Jeanna M. Weaver*
Jeanna M. Weaver (0075186)
David L. Van Slyke (0077721)
PLUNKETT COONEY
716 Mt. Airyshire Blvd., Ste. 150
Columbus, Ohio 43235
(614) 629-3000; Fax (248) 901-4040
E-mail:  jweaver@plunkettcooney.com
            dvanslyke@plunkettcooney.com
*Attorneys for Andrew Hayman of the*
*Hayman Company, as Receiver*

62453234.1

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing pleading was sent via electronic mail, on this 24th day of April 2026, to the following counsel of record:

James W. Sandy, Esq.
McGlinchey Stafford
3401 Tuttle Rd., Ste. 200
Cleveland, OH 44122
jsandy@hinshawlaw.com
*Attorneys for Plaintiff*

Adam D. Jutte, Esq.
Office of Prosecuting Attorney
310 Lakeside Ave., W
Cleveland, OH 44113
ajutte@prosecutor.cuyahogacounty.us
*Attorney for Cuyahoga Fiscal Officer*

Scott N. Opincar
Matthew J. Cavanagh
McDonald Hopkins
sopincar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
smeeks@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com
mhdocket@mcdonaldhopkins.com
*Attorney for Gray Local Media, Inc.*

Alan W. Scheufler, Esq.
Michael S. Tucker, Esq.
Ulmer & Berne – Cleveland
1660 West Second St.
Cleveland, OH 44113
mtucker@ubglaw.com
*Attorneys for Reserve Apartment LTD.*

William A. Doyle (0090987)
Taft Stettinius & Hollister LLP
wdoyle@taftlaw.com
*Attorney for Non-Party*
*Western Reserve Area Agency on Aging*

Courtesy copy:
Dennis Butler
Assistant Director of Law
City of Cleveland
Dbutler3@clevelandohio.gov

/s/ Jeanna M. Weaver
Jeanna M. Weaver (0075186)

62453234.1