**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FANNIE MAE** | **:** | |
| | **:** | Case No. 1:25-cv-01510 |
| Plaintiff, | **:** | |
| | **:** | Judge Bridget Meehan Brennan |
| v. | **:** | |
| | **:** | |
| **RESERVE APARTMENTS, LTD.,** *et al.* | **:** | |
| | **:** | |
| Defendants. | **:** | |
| | **:** | |

**NOTICE OF RECEIVER'S WEEKLY STATUS REPORT**
**(WEEK 11)**

Andrew Hayman of the Hayman Company ("Receiver"), by and through his undersigned counsel, respectfully provides this update to the Court pursuant to the February 12, 2026 Order ("Report Order"), which requires a weekly status report regarding any updates, changes, or new complaints received relevant to the issues identified by the City of Cleveland ("City"). As addressed in Receiver's initial letter to the Court dated February 12, 2026 (the "Initial Report"), those issues included heating, the parking garage, fire alarms, and hot water. Subsequent reports have also addressed any developments regarding other operational issues referenced in the Initial Report.

62492243.1

## I.    Heating

All five boilers remain operational.   The original heating issues have been resolved. The heat is being turned off on warmer days and turned back on for the colder days and nights and there have been no operational issues. Receiver is planning on turning all heat off and switching over to air conditioning next week depending on the weather forecast. Any repairs that are needed in the future will be promptly addressed.

## II.    Parking Garage

There has been no additional flooding in the parking garage. Flooding in the garage has not been and is not expected to be a recurring issue.

The rebuild work occurring in the basement from the January 2026 break in the fire suppression line in the garage has been approved by the insurer. 360 Fire & Flood has finalized their scope of work and plan, which was approved by the City on April 17, 2026 and the rebuild permit was obtained.

Receiver has requested quotes from eleven (11) contractors for shoring in various areas of the garage.  Receiver has received two quotes for this work but has failed to hear back from several other contractors or received several "decline to bid" responses.  Receiver anticipates selecting one of the two received quotes in the near term and intends to coordinate with the City inspector to review the proposed scope of work, conduct a walk-through of the garage, and confirm the requisite permits.

## III.    Fire Alarms

For the third week in a row, there have been no false alarms. Receiver will continue to monitor the alarm system closely.

## IV.    Hot Water

One boiler this week failed to hold the required temperature, which was promptly addressed by Johnson Controls and there have been no further issues.

## V.    Other Operational Issues

There have been no additional operational issues.

Receiver requests to be excused from further weekly updates as set forth in in Receiver's Weekly Update and Motion filed on April 24, 2026.

62492243.1

Respectfully submitted,

*/s/ Jeanna M. Weaver*
Jeanna M. Weaver (0075186)
David L. Van Slyke (0077721)
PLUNKETT COONEY
716 Mt. Airyshire Blvd., Ste. 150
Columbus, Ohio 43235
(614) 629-3000; Fax (248) 901-4040
E-mail:  jweaver@plunkettcooney.com
          dvanslyke@plunkettcooney.com
*Attorneys for Andrew Hayman of the*
*Hayman Company, as Receiver*

62492243.1

## <u>CERTIFICATE OF SERVICE</u>

A true and accurate copy of the foregoing pleading was sent via electronic mail, on this 1st day of May 2026, to the following counsel of record:

James W. Sandy, Esq.
McGlinchey Stafford
3401 Tuttle Rd., Ste. 200
Cleveland, OH 44122
jsandy@hinshawlaw.com
*Attorneys for Plaintiff*

Adam D. Jutte, Esq.
Office of Prosecuting Attorney
310 Lakeside Ave., W
Cleveland, OH 44113
ajutte@prosecutor.cuyahogacounty.us
*Attorney for Cuyahoga Fiscal Officer*

Scott N. Opincar
Matthew J. Cavanagh
McDonald Hopkins
sopincar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
smeeks@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com
mhdocket@mcdonaldhopkins.com
*Attorney for Gray Local Media, Inc.*

Courtesy copy:
Dennis Butler
Assistant Director of Law
City of Cleveland
Dbutler3@clevelandohio.gov

Alan W. Scheufler, Esq.
Michael S. Tucker, Esq.
Ulmer & Berne – Cleveland
1660 West Second St.
Cleveland, OH 44113
mtucker@ubglaw.com
*Attorneys for Reserve Apartment LTD.*

William A. Doyle (0090987)
Taft Stettinius & Hollister LLP
wdoyle@taftlaw.com
*Attorney for Non-Party*
*Western Reserve Area Agency on Aging*

/s/ Jeanna M. Weaver
Jeanna M. Weaver (0075186)

62492243.1